June 21, 2005

Daryl C. Ja[...]
50 J.F.K. Street
Cambridge, Massachusetts
02138

[stamp: RECEIPT # 65159 AMOUNT $ 250.00 SUMMONS ISS. ✓ LOCAL RULE 4.1 ✓ WAIVER OF SERV. ___ MCF ISSUED ___ 120 OR 121 ___ BY CLK ___]

1:05-11314-RCL

V. referred to MJ JEDen

The Commonwealth of Massachusetts
Middlesex District Court
40 Thorndike Street
Cambridge, Ma. 02141

Complaint

#1: My assault case: Commonwealth
v. Robert Megan, Docket no.
0452CR3376 (Middlesex) never got a
hearing.

#2: The assault was video taped.

#3: _____

## PLAINTIFF'S DEMAND

#1: THE FEDERAL COURT MUST TAKE THIS CASE BECAUSE OF THE NUMEROUS IRREGULARITIES, WHICH WILL BE PRESENTED IN FEDERAL COURT.

SIGNED UNDER PENALTY OF PERJURY. June 21, 2005

*/s/ Daryl C. James*
DARYL C. JAMES
JUNE 21, 2005

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION Document USE ONLY 14584CR0011 | Trial Court of Massachusetts District Court Department |
|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☒ ONLY MISDEMEANOR(S), I request a hearing ☒ **WITHOUT NOTICE** because of an imminent threat of
☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☒ **WITH NOTICE** to accused.
☐ ONE OR MORE FELONIES, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused.

☐ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

Cambridge District Court
40 Thorndike St. - P.O. Box 336
East Cambridge, MA 02141

ARREST STATUS OF ACCUSED
☐ HAS ☒ HAS NOT been arrested

### INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS: Robert Meagahan, 33 Webster Ave, Cambridge Ma

BIRTH DATE:
SOCIAL SECURITY NUMBER:
PCF NO.:
MARITAL STATUS:
DRIVERS LICENSE NO.:
STATE:
GENDER: M
HEIGHT: 5'10
WEIGHT: 200
EYES:
HAIR:
RACE: W
COMPLEXION:
SCARS/MARKS/TATTOOS:
BIRTH STATE OR COUNTRY:
DAY PHONE:
EMPLOYER/SCHOOL:
MOTHER'S MAIDEN NAME (FIRST MI LAST):
FATHER'S NAME (FIRST MI LAST):

### CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST): Daryl Janes
ADDRESS: 50 JFK ST, Cambridge Ma

COMPLAINANT TYPE: ☐ POLICE ☒ CITIZEN ☐ OTHER
PD:
PLACE OF OFFENSE: Cambridge
INCIDENT REPORT NO.: 04-8317
OBTN:
CITATION NO(S).:

| # | OFFENSE CODE | DESCRIPTION | | OFFENSE DATE |
|---|---|---|---|---|
| 1 | | Assault | 2452A000010/29/04 STATE MISC 15.00 | 9-26-04 |
| | VARIABLES: See Attach. | | | |
| 2 | | | | |
| | VARIABLES | | | |
| 3 | | | | |
| | VARIABLES | | | |

REMARKS:
COMPLAINANT'S SIGNATURE: X [signature]
DATE FILED: 10-29-04

COURT USE ONLY — A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON
DATE OF HEARING: Nov 15/04
TIME OF HEARING: 930 AM

DCCR-2 (08/04)
COMPLAINANT'S COPY

| CRIMINAL COMPLAINT | 0452 ?003376 | | | | | | Trial Court of Massachusetts Cambridge District Court |
|---|---|---|---|---|---|---|---|
| DEFENDANT<br>MEAGHAN, ROBERT<br>33 WEBSTER AVE<br>CAMBRIDGE, MA | | | | | | | TO ANY JUSTICE OR CLERK-MAGISTRATE<br>OF THE CAMBRIDGE DISTRICT COURT |
| DATE OF BIRTH<br>12/01/1944 | SEX<br>M | RACE<br>W | HEIGHT<br>5'10" | WEIGHT<br>200 | EYES<br>XXX | HAIR<br>XXX | The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below. |
| INCIDENT REPORT #<br>NC | | SOCIAL SECURITY #<br>- - | | | | | |
| DATE OF OFFENSE<br>04/26/2004 | | PLACE OF OFFENSE<br>CAMBRIDGE | | | | | |
| COMPLAINANT<br>JANES, DARYL | | POLICE DEPARTMENT<br>CAMBRIDGE PD | | | | | |
| DATE OF COMPLAINT<br>11/15/2004 | | RETURN DATE AND TIME<br>11/30/2004 8:30 AM | | | | | |

COUNT-OFFENSE
1. 265/13A/A  ASSAULT c265 §13A(a)
on 04/26/2004 did assault DARYL JANES, in violation of G.L. c.265, §13A(a). (PENALTY: house of correction not more than 2½ years; or not more than $1000 fine.)

COUNT-OFFENSE

COUNT-OFFENSE

COUNT-OFFENSE

| COMPLAINANT<br>X | SWORN TO BEFORE CLERK-MAGISTRATE<br>X | ON (DATE) | TOTAL COUNTS<br>1 |
|---|---|---|---|
| FIRST JUSTICE<br>Hon. ROANNE SRAGOW | COURT ADDRESS | Cambridge District Court<br>40 Thorndike Street | |
| A TRUE COPY ATTEST: X   CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | Middlesex County Courthouse<br>East Cambridge, MA 02141 | |

# Cambridge Police Department Investigative Report

**FILE NUMBER:** 04-8317

| | |
|---|---|
| 1. Time of Occurrence FROM: 09/26/04 0130 AM TO: | 2. S X M T W T F S |
| 3. Date of Report: 10/04/04 1000 A | 4. Weather Conditions / N.C.I.C./TT# |
| 5. Offense: Assault | 6. Location of Offense: Dunster St/Winthrop St  Sector 4 |
| 7. Type of Premise: Public Way | 8. Business/Complainant's Name: DARYL C. JANES |
| 9. Business/Complainant's Address: 50A JFK St, Cambridge MA 02138 | 10. Sex: M  Race: W  D.O.B.: 12-01-44 |
| 11. Tel: 617-547-6927 | 12. Reporting Person (if Other Than Victim) |

### Victim/Witness

14. Indicate with proper code on boxes provided person's relationship to investigation. (W-1: Witness #1; NI: Not Interviewed #2. RP: Reporting Person; PK: Person w/Knowledge; V: Victim; AV: Additional Victim)

| Person Interviewed | D.O.B. | Address | Apt.# | City, State, Zip | Tel | Code |
|---|---|---|---|---|---|---|
| #8 | | #9 | | | | RP / V |

15. Nature of Injury / Hospital Taken To / Attending Physician / Type of Conveyance

16. Number of Suspects: 1

### Suspect

| | Race | Sex | Age | Ht. | Wt. | Hair | Eyes | Other | Clothing and Unusual Characteristics |
|---|---|---|---|---|---|---|---|---|---|
| Suspect #1 | White | M | | 5'10 | | | | | |
| Suspect #2 | | | | | | | | | |

Suspect #1 (Include any A.K.A. information) — [redacted/illegible]

Suspect #1 Can be located at — [illegible]

### Vehicle / Evidence

Registration State Information / Year / Make / Color / Special Characteristics/V.I.N. / Stolen Car Yes No / Stolen Plate Yes No / Listing Yes No

General Description of Property / Total Value / Turned Over To / Property Sheet: ☐ Attached ☐ w/Victim ☐ N/A

Point of Entry / Point of Exit / Type of Instrument Used / Unusual Features of Crime

### 28. Narrative:

On September 26, 2004 at 0130AM, RP was video taping the tow zone at Dunster st and Winthrop st in Harvard Sq. While video taping, a Phil's tow truck had an MV lifted and ready to tow the MV. The owners of the MV that was ready to be towed by Phils arrived. At this time SP, [illegible] driver for Phils tow, noticed RP filming this incident. SP then said to RP, "Get out of the area or I will bash the camera up

31. Reporting Officer(s) Signature / Badge #/Date: 515  10-4-04
32. Field Supervisor / 33. Responding Supervisor / 34. Reviewing Officer Signature: Sgt 10/4/04
35. Complainant's Signature / Date 10-4-04 / Mail In ☐  Phone In ☐  Walk In ☒  CID ☒  Juvenile ☐  Accident Inv. ☐

Page 1 of 2

# Cambridge Police Department Supplemental Report

File Number: 04-8317

| | |
|---|---|
| 1S. Org. Case Invest. ☒ | City Solicitor ☐ |
| Arr. Incident Report ☐ | Sudden Death ☐ |
| Follow Up Invest. ☐ | Child in Custody ☐ |

2S. Date of Occurrence: M 09 D 26 Y 04 T 0130 AM
3S. Date of Report: M 10 D 04 Y 04 T 1000 A M
4S. P/C.N.

5S. Business/Complainant's Name: DARYL C. ~~WEATHERSPOON~~ JAMES
TEL: 617-547-6927

Address: 50A JFK St Camb. MA.

6S. Date in Court:
7S. Judge:
8S. Court:
9S. Disposition:

Block #

beside your head". SP then gave the RP the middle finger. RP was standing on the opposite side of the street from where the SP was.
SP talked with the owner of the MV and then cleared the area leaving the MV where it was.
Once the SP left the area, RP walked across the street to interview the owner of the MV and a friend that was with the owner of the MV. RP stated that the two males RP was interviewing said they payed off the tow truck driver (SP) using marijuana.
RP called Phils tow to retrieve the SP's name.
RP also stated he has this all on video tape

10S. Status of Case
- Cleared ☐
- Arrest ☐
- Hearing ☐
- Station Adj. ☐
- Continued Inv. ☐
- Suspend ☐
- Comp./War ☐
- Unfound ☐
- Other ☐

11S. Property Recovered: Yes ☐ No ☐
Total Value ___

12S. Juvenile Card Made: Yes ☐ No ☐

13S. Narcotic Number ___

14S. Narcotic/Alcohol Sheet Made: Yes ☐ No ☐

15S. Technical Work
| | Yes | No |
|---|---|---|
| Photo | ☐ | ☐ |
| Finger Print | ☐ | ☐ |
| Composite | ☐ | ☐ |
| Other | ☐ | ☐ |
By Whom ___

16S. Victim/Comp. Cont.
- In Person ☐
- Letter ☐
- Phone ☐
- Call Card ☐

17S. Photo Viewed: Yes ☐ No ☐

18S. Citation No. ___

19S. Time Expended
Investigation ___

Original Reporting Off.

20S. Reporting Officer's Signature: [signature] 5/5
21S. Reviewing Officer's Signature: [signature] Sgt 10/04/04

Page 2 of 2



# City of Cambridge
# Police Department

TELEPHONE
(617) 349-3300

FAX
(617) 349-3320

WEB
www.cambridgepolice.org

**Ronnie Watson**
*Police Commissioner*

**Robert W. Healy**
*City Manager*

Cristina Beamud, Esq.
*Legal Advisor*

David J. Degou
*Superintendent*

Michael D. Giacoppo
*Superintendent*

Timothy F. McCusker
*Deputy Superintendent*

Thomas F. O'Connor
*Deputy Superintendent*

Lester Sullivan
*Deputy Superintendent*

Robert Ames
*Deputy Superintendent*

J. Michael Walsh
*Deputy Superintendent*

Christina Giacobbe
*Director of Planning,
Budget & Personnel*

Lt. Christopher J. Burke
*Quality Control*

Officer Frank Pasquarello
*Aide to the Commissioner*

October 17, 2004

Mr. Daryl Janes
50A J.F.K. Street
Cambridge, Ma. 02138

Dear Mr. Janes:

If you wish to pursue your complaint to this department with court action, you are advised to appear *in person* at the Criminal Clerk's Office of the Cambridge District Court to apply for a complaint against:

Name: Robert Megan
Address: 333 Webster Ave.
         Cambridge, Ma.
Offense:    Assault

The Clerk's Office is located at 40 Thorndike Street, Cambridge, on the 15th Floor of the court building. The hours are Monday through Friday, 9 a.m. to 4:30 p.m. Should you have any questions regarding this matter, please call the Clerk's Office at 617-494-4300, or the undersigned detective at 617-349-3370.

Sincerely,

*James F. Dwyer*
Detective James F. Dwyer

Ref: 04-08317

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss                              CAMBRIDGE DISTRICT COURT
                                           DOCKET NO.: 0452CR3376


### COMMONWEALTH

v.

### ROBERT MEGAN


#### DEFENDANT'S MOTION TO ADVANCE & CONTINUE

Now comes the Defendant in the above-entitled action and hereby respectfully moves this Honorable Court to Advance and Continue the above captioned matter, now scheduled for a Pre-Trial Conference on or about January 13, 2005, to a different future convenient date, as this Court may determine is appropriate in its discretion. As a reason therefore, Defense Counsel states that the aforementioned PTC was scheduled two (2) days ago, and subsequently the Defendant has contacted his attorney requesting a that a different date be procured. The request was made because Mr. Megan realized that he is unavailable on the 13th of January 2005. Wherefore, the defendant, through his counsel, now requests that this motion to advance and continue be allowed forthwith.

ROBERT MEGAN,
By his Attorney,

Thomas D. Belmonte, Esq.
BBO # 636331
6 Eastman Place, Suite 203
Melrose, MA 02176
(781) 979 -0400

Dated: December 2, 2004


#### Certificate of Service

I, Thomas D. Belmonte, Esq., counsel for the Defendant Robert Megan in the above captioned matter (0452CR3376) hereby certify that a copy of the forgoing: Defendant's Motion to Advance and Continue was served upon the office of the District Attorney Martha Coakley, in hand, on this date.

Thomas D. Belmonte, Esq.

Dated: December 2, 2004



# THE COMMONWEALTH OF MASSACHUSETTS
## MIDDLESEX DISTRICT ATTORNEY
40 THORNDIKE STREET   CAMBRIDGE, MA 02141

**MARTHA COAKLEY**
DISTRICT ATTORNEY

Tel: 617-679-6500
Fax: 617-225-0871

December 2, 2004

Daryl James
50A JFK St.
Cambridge MA 02318

RE: Commonwealth vs. Robert Meaghan

Dear Mr. James:

The Middlesex District Attorney's Office is currently prosecuting the above named defendant. As a Victim Witness Advocate for this county, my role is to let you know the status of the case, inform you of your rights, answer any of your questions and act as a contact person for you in our office.

I have enclosed the Massachusetts Victim Bill of Rights. One of those rights includes being certified for Criminal Offender Record Information (C.O.R.I.). If you would like to be certified please contact me and I will send you the application. Most importantly, I am here to listen to your concerns and feelings about the case and your safety.

There is a pretrial hearing scheduled for 1/13/05. You are welcome to attend the hearing; however it is not mandated for you to appear in court.

Sincerely,

Nicole St. Pierre
Victim Witness Advocate
Middlesex DA's Office
(617) 679-6630

Printed on recycled paper.

COMMONWEALTH OF MASSACHUSETTS

MDSX, ss.                                       CAMBRIDGE DIST. CT.
                                                0452CR003376

COMMONWEALTH
        v.                          MOTION TO DISMISS
ROBERT MEGAN

[margin notation: 10/7/05 Allowed (signed)]

NOW COMES THE DEFENDANT AND MOVES FOR THE DISMISSAL OF THIS COMPLAINT WITHOUT PREJUDICE TO ALLOW THE DEFENDANT HIS RIGHT TO A CLERK'S HEARING TO DETERMINE WHETHER A COMPLAINT SHOULD ISSUE, AND FOR REASON STATES:

① THE ORIGINAL NOTICE OF CLERK'S HEARING WAS MAILED IN ERROR TO HIS PLACE OF EMPLOYMENT;

② THE NOTICE WAS RETURNED TO THE CLERK'S OFFICE UNDELIVERED;

③ THE COMPLAINT WAS ISSUED WHEN HE FAILED TO APPEAR AT THE HEARING;

④ HE HAS A STATUTORY RIGHT TO A HEARING WHICH HE HAS NOT WAIVED.

                    RESPECTFULLY SUBMITTED
                    (signed) ODIN P. ANDERSON

| CRIMINAL DOCKET | DOCKET NO. 52CR003376 | ATTORNEY NAME Belmonte | |
|---|---|---|---|
| COURT DIVISION: Cambridge | ☐ INTERPRETER REQUIRED | DATE and JUDGE NOV 30 2004 Curtin | DOCKET ENTRY ☑ Attorney appointed (SJC R. 3:10) ☐ Atty denied and Deft Advised per 211D §2A ☐ Waiver of counsel found after colloquy |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
MEAGHAN, ROBERT
33 WEBSTER AVE
CAMBRIDGE, MA

Terms of release set:
☐ PR  ☐ Bail
☐ Held (276 §58A)
☐ See back for special conditions

Arraigned and advised:
☑ Potential of bail revocation (276 §58)
☐ Right to bail review (276 §58)
☐ Right to drug exam (111E §10)

11-30-04

| DEFT. DOB AND SEX | 12/01/1944  M |
| DATE OF OFFENSE(S) 04/26/2004 | PLACE OF OFFENSE(S) CAMBRIDGE |
| COMPLAINANT JANES, DARYL | POLICE DEPARTMENT CAMBRIDGE PD |
| DATE OF COMPLAINT 11/15/2004 | RETURN DATE AND TIME 11/30/2004 08:30:00 |

Advised of right to jury trial:
☐ Does not waive
☐ Waiver of jury trial found after colloquy

Advised of trial rights as pro se (Supp. R. 4)
Advised of right of appeal to Appeals Ct (R. 28)

COUNT/OFFENSE
1. 265/13A/A ASSAULT c265 §13A(a)

DISPOSITION DATE and JUDGE: 12-7-4 Curtin

DISPOSITION METHOD:
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☒ None of the Above

FINDING:
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

SENTENCE OR OTHER DISPOSITION:
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation  ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☒ Dismissed upon: ☐ Request of Comm. ☐ Request of Victim
   ☐ Request of Deft ☐ Failure to prosecute ☒ Other: MOTION
☐ Filed with Deft's consent ☐ Nolle Prosequi ☐ Decriminalized (277 §70C)

W/O P/C

FINAL DISPOSITION:
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

COURT ADDRESS
Cambridge District Court
40 Thorndike Street
Middlesex County Courthouse East Cambridge

☐ ADDITIONAL COUNTS ATTACHED

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

ATTACHMENT #2

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**  DARYL C. JANES
50 J.F.K. STREET
CAMBRIDGE, MA. 02138

**DEFENDANTS**  COMMONWEALTH OF MASSACHUSETTS 53 MIDDLESEX DISTRICT COURT
40 THORNDIKE STREET
CAMBRIDGE, MA. 02141

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: MIDDLESEX
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER): PRO SE

ATTORNEYS (IF KNOWN): 05-11314 RCL

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☒4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☐1 Original Proceeding ☐2 Removed from State Court ☐3 Remanded from Appellate Court ☐4 Reinstated or Reopened ☐5 Transferred from another district (specify) ☐6 Multidistrict Litigation ☐7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

[Nature of suit checkboxes — none marked except ☒ 890 Other Statutory Actions]

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Plaintiff has a right to a hearing. Everybody has a right to a hearing.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ CRIMINAL COMPLAINT

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: June 21, 05

SIGNATURE OF ATTORNEY OF RECORD: Daryl C. Janes, PRO SE

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT #3

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) COMMONWEALTH OF MASSACHUSETTS, MIDDLESEX DISTRICT COURT vs DARYL C. JANES

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ✓ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.        for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

    05  11314  RCL

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).

_____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?   YES ☐   NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST?   (SEE 28 USC 2403)   YES ☐   NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?   YES ☐   NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?   YES ☐   NO ☐

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).   YES ☒   NO ☐
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)).   YES ☐   NO ☐

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?   YES ☒   NO ☐
   (a)  IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE?   Central

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE?   All in ma.

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION;   YES ☒   NO ☐            OR WESTERN SECTION;   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  DARYL C. JANES  PRO SE
ADDRESS  50  J.F.K. St.  CAMBRIDGE, ma. 02138
TELEPHONE NO.  617 - 547-6929

(Categfrm.rev - 3/97)