U.S FEDERAL COURT
BOSTON, MA.

CASE # 05-11314 RCL
JANES V. THIRD DISTRICT COURT
IN CAMBRIDGE, MA. 02141

Motion #1

#1 SUSAN JENNESS, PRO SE CLERK AT THE U.S. DISTRICT COURT IN BOSTON, MA. IS TO BE REMOVED FROM HANDLING CASE # 05-11314 RCL.

#2 IT IS MY BELIEF THAT SUSAN JENNESS DELIBERATELY ACTED OUTSIDE MY INTEREST IN ONE OR MORE CASES I HAVE BROUGHT BEFORE THE U.S. DISTRICT COURT IN BOSTON MA.

Daryl C. Janes
PRO SE
JULY 17 2005

DARYL C. JANES
50 J.F.K. ST.
CAMBRIDGE, MA.
02138
617-547-6620

U.S DISTRICT COURT
BOSTON, MA.

CASE # 05/1314 RCL
JANES

THIRD DISTRICT COURT/
MIDDLESEX DISTRICT /
COURT.
40 THORNDIKE STREET,
CAMBRIDGE, MA.
02141

MOTION #2

#1: ROBERT MOSCOW, — CHIEF JUSTICE CLERK MAGISTRATE OF THE ~~of the~~ THIRD DISTRICT COURT, 40 THORNDIKE STREET, CAMBRIGE, MA. IS TO BE REMOVED FROM ANY INVOLVEMENT WITH CASE # 05/1314 RCL.

#2: MR. ROBERT MOSCOW ILLEGALLY BLOCKED ME FROM RECEIVING A HEARING INVOLVING AN ASSAULT CHARGE. SERIOUS TRAUMA RESULTED AS A RESULT OF MR. MOSCOW'S CONDUCT, AS WELL, AS PARTICIPATING IN OBSTRUCTION OF JUSTICE.

*Daryl C. Janes*
DARYL JANES
PRO SE
JULY 7, 2005

DARYL C. JANES
50 J.F.K. STREET
CAMBRIDGE, MA.
02138
(617) 547-6927

U.S. FED DISTRICT COURT
BOSTON MA.

CASE # 05-11314 RCL
JANES, V. THIRD DISTRICT COURT IN CAMBRIDGE, MA. 02141

Motion #3

#1: THE COURT MUST ASSIGN A MALE JUDGE TO CASE # 05-11314 RCL, BASED ON CASE HISTORY —: JUDGE NEIL PRESIDING, SUPERIOR COURT, IN CAMBRIDGE. JUDGE NEIL ALLOWED A MOTION BROUGHT BEFORE THE COURT IN WHICH I REQUESTED A MALE JUDGE.

#2. THE FED COURT MUST FOLLOW THE RULING SET BY JUDGE NEIL.

Daryl C. Janes
July 7 2005
PRO SE

DARYL C. JANES
50 J.F.K. ST.
CAMBRIDGE, MA.
02138
617-547-6927