

CASE # 05-11314 RCL

Return of Service of Summons

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☑ Agent ☐ Addressee<br>B. Received by (Printed Name) Marcus  C. Date of Delivery 6/26/05 |
| 1. Article Addressed to:<br>COMMONWEALTH OF MASSACHUSETTS.<br>MIDDLESEX DISTRICT<br>40 THORNDIKE ST.<br>CAMBRIDGE, MA.<br>02141 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0004 9021 5122 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540