DARYL C. JANES
50 J.F.K. STREET
CAMBRIDGE, MA.

V.

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX DISTRICT COURT
40 THORNDIKE STREET
CAMBRIDGE, MA.

## Motion

1) CASE # 05-11314 RCL. THE PLAINTIFF REQUEST SUMMARY JUDGEMENT AGAINST THE DEFENDANT.

2) THE TIME LIMIT FOR THE DEFENDANT TO RESPOND HAS BEEN EXCEEDED. THE DEFENDANT HAS NOT RESPONDED. THE PLAINTIFF THEREFORE MUST ASK FOR A SUMMARY JUDGEMENT AGAINST THE DEFENDANT. (SEE ENCLOSURES)

DARYL C. JANES PROSE
Aug 15, 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

DARYL C. JANES

V.

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX DISTRICT COURT
40 THORNDIKE STREET
CAMBRIDGE, MA. 02141

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 - 11314 RCL**

TO: (Name and address of Defendant)

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX DISTRICT COURT
40 THORNDIKE STREET
CAMBRIDGE, MA. 02141

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DARYL C. JANES  PRO SE
50 J.F.K. ST.
CAMBRIDGE, MA. 02138

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH THORNTON

CLERK

6-23-05

DATE

(By) DEPUTY CLERK



CASE # 05-11314 RCL

Return of Service of Summons

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COMMONWEALTH OF
MASSACHUSETTS
MIDDLESEX DISTRICT
40 THORNDIKE ST.
CAMBRIDGE, MA
02141

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☑ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   [illegible]                    6/26/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1160 0004 9021 5122

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540