UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DARYL C. JANES,                  )
        Plaintiff,               )
                                 )
        v.                       )
                                 )
COMMONWEALTH OF MASSACHUSETTS,   )   C.A. No. 05-11314-RCL
        Defendant.               )
                                 )
                                 )
                                 )
                                 )
```

ORDER OF DISMISSAL

In accordance with this Court's order dated October 28, 2005, it is ORDERED that the within action be and it is hereby dismissed for lack of subject matter jurisdiction.

                                SARAH A. THORNTON
                                CLERK OF COURT

Date: October 31, 2005          By /s/ Lisa Hourihan
                                   Deputy Clerk